# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Phillip Duane Carriker, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-00154-RJC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| United States Department of the Treasury | ) | |
| Commissioner of the Internal Revenue Service | | |
| United States of America, | | |
| Defendant(s). | | |

 DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 23, 2015 Order.

November 23, 2015

Frank G. Johns, Clerk
United States District Court