# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:14-CV-154-RJC-DCK

| | |
|---|---|
| PHILLIP DUANE CARRIKER, )<br> )<br>　　　　Plaintiff, )<br> )<br>v. )<br> )<br>UNITED STATES OF AMERICA, )<br> )<br>　　　　Defendant. )<br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Substitution Of Proper Party" (Document No. 36) filed January 10, 2017. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, for good cause shown, and noting Defendant's counsel does not object, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Motion For Substitution Of Proper Party" (Document No. 36) is **GRANTED**.

**IT IS FURTHER ORDERED** that The Estate Of Phillip Duane Carriker by and through Salem Carriker, Administrator CTA shall be substituted as Plaintiff.

**SO ORDERED**.

Signed: January 10, 2017

_____
David C. Keesler
United States Magistrate Judge