IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-00154-RJC-DCK

| | |
|---|---|
| **ESTATE OF PHILLIP DUANE CARRIKER, BY AND THROUGH SALEM CARRICKER, ADMINISTRATOR, CTA**, )))))<br><br>Plaintiff, )<br>)<br>v. )<br>)<br>**UNITED STATES OF AMERICA**, )<br>)<br>Defendant. )))) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Defendant's Motion for Attorney Fees, (Doc. No. 34), and the Parties' Stipulation Regarding Defendant's Motion for Attorney Fees, (Doc. No. 40).

By agreement of the parties, Defendant United States' August 3, 2016 Motion for Attorney Fees, (Doc. No 34), is hereby **GRANTED** and it is **ORDERED** that the United States be awarded fees and costs in the amount of $2,700.20.

**IT IS FURTHER ORDERED** that the above amount is to be set off against the $5,387.00 earlier awarded to Plaintiff. Accordingly, the United States is **ORDERED** to pay the Plaintiff the sum of $2,686.80.

Signed: January 13, 2017

_____
Robert J. Conrad, Jr.
United States District Judge